# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2026-0813
L.T. Case No. 16-2007-CF-014830-A

_____

KEVIN SCOTT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Kevin Jerome Scott, Wewahitchka, pro se.

No Appearance for Appellee.

July 9, 2026

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____